1
2
3
4
5                        UNITED STATES DISTRICT COURT

6               FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    TERINA MAY MENGES,                      Case No.  1:16-cv-01766-BAM

9                    Plaintiff,              ORDER GRANTING STIPULATION TO
                                             EXTEND TIME TO FILE PLAINTIFF'S
10          v.                               REPLY NUNC PRO TUNC

11   NANCY A. BERRYHILL, Acting
     Commissioner of Social Security,
12                                           (ECF No. 15)
                     Defendant.
13

14

15          On September 12, 2017, the parties filed a stipulation to extend the time for Plaintiff to

16   file a reply brief from August 31, 2017 to September 13, 2017.  Plaintiff's counsel reported that

17   she had an unexpected significant health issue that prevented her from completing the reply brief

18   in a timely manner. (ECF No. 15.)  On September 13, 2017, Plaintiff filed her reply brief.  (ECF

19   No. 16.)

20          Generally, requests for court-approved extensions brought after the required filing date are

21   looked upon with disfavor.  *See*, *e.g.* Local Rule 144(d).  However, Plaintiff has established good

22   cause for the requested extension, and the brief delay will not result in prejudice.  Accordingly,

23   Plaintiff's request for an extension of time to September 13, 2017, to file her reply brief is

24   GRANTED nunc pro tunc.
     IT IS SO ORDERED.
25

26      Dated:  __**September 19, 2017**__        ___/s/ *Barbara A. McAuliffe*___
27                                              UNITED STATES MAGISTRATE JUDGE

28

                                              1